UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **RO'SEAN DENARD NEWSON** | **CIVIL ACTION NO. 10-532-P** |
| **VERSUS** | **JUDGE STAGG** |
| **WARDEN JEFFERY TRAVIS** | **MAGISTRATE JUDGE HORNSBY** |

MEMORANDUM ORDER

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has previously filed an application for writ of habeas corpus attacking the conviction and sentence challenged herein. The previous application, No. 07-2119, was denied and dismissed with prejudice on February 22, 2008, because it was time-barred by the one-year limitation period imposed by the ADEPA.

Before Petitioner can proceed with the instant application he must move in the United States Court of Appeals for the Fifth Circuit for an order authorizing the district court to consider the application. See 28 U.S.C. § 2244(b)(3).

Accordingly;

**IT IS HEREBY ORDERED** that this action is stayed for a period of sixty (60) days. Petitioner's failure to obtain authorization within that time from the United States Court of Appeals for the Fifth Circuit to proceed with this action will result in this petition being stricken from the record.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 6th day of October, 2010.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE